# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143945

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

JON WAYNE ARBON,
 Defendant-Appellant.

SC: 143945
COA: 305221
Clinton CC: 10-008617-FC

_____/

On order of the Court, the application for leave to appeal the September 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

p1219